**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Christopher Russell, Appellant.

Appellate Case No. 2012-205849

Appeal From Greenville County
Letitia H. Verdin, Circuit Court Judge

Unpublished Opinion No. 2014-UP-142
Submitted December 1, 2013 – Filed April 2, 2014

**AFFIRMED**

Appellate Defenders Dayne C. Phillips and Carmen Ganjehsani, both of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Assistant Attorney General Julie Kate Keeney, both of Columbia, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Spears*, 393 S.C. 466, 480, 713 S.E.2d 324, 331 (Ct. App. 2012) ("[The appellant] failed to contemporaneously object when [two witnesses]

made in-court identifications of the defendants during their direct testimony, despite the fact that both witnesses identified [the appellant] and [his co-defendant] as the gunmen who robbed the Wagon Wheel on several occasions during the course of their testimony. Consequently, *any* issue with respect to the witnesses' in-court identifications is not properly before this court." (emphasis added)); *State v. Smith*, 337 S.C. 27, 32, 522 S.E.2d 598, 600 (1999) ("Generally, a motion in limine seeks a pretrial evidentiary ruling to prevent the disclosure of potentially prejudicial matter to the jury. A pretrial ruling on the admissibility of evidence is preliminary and is subject to change based on developments at trial. A ruling in limine is not final; unless an objection is made at the time the evidence is offered and a final ruling procured, the issue is not preserved for review." (citations omitted)).

**AFFIRMED.**[1]

**FEW, C.J., and PIEPER and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.